RECORD OF GRAND JURY BALLOT

CR 2:24-670

UNITED STATES OF AMERICA v. DEANGELO MONTRELL LAMONT SIMMONS, RAYNARD DEWAYNE WILLIAMS

(SEALED UNTIL FURTHER ORDER OF THE COURT)